IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TODD S. DEMARS,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

JUDGMENT IN A CIVIL CASE

14-cv-715--wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Todd S. Demars against defendant The United States of America in the amount of $2,538.07.

/s/

Peter Oppeneer, Clerk of Court

5/12/2015

Date